# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

138377

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DEBORAH A. PERCIVAL,
　　　　Plaintiff-Appellee,

v

OAKLAND COUNTY,
　　　　Defendant-Appellant.

SC: 138377
COA: 287745
WCAC: 07-000046

_____/

　　　　On order of the Court, the application for leave to appeal the February 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

0518

Clerk